UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BELKIN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACROX TECHNOLOGIES CO., LTD., <br><br> Defendant. | Civil Docket No. 3:16-cv-00537-JD <br><br> **[PROPOSED] ORDER EXTENDING DEADLINE TO PROVIDE NOTICE OF SETTLEMENT AGREEMENT** |

For good cause shown, it is hereby ORDERED that the parties have until May 16, 2016, to execute the settlement agreement and for the relevant party to pay consideration, if any. Should the Court not hear from the parties by the deadline, this case will be dismissed with prejudice.

Dated: April 25, 2016

_____
Hon. James Donato
United States District Judge